County, and R. B. Fisk, decided at the present term of this court, and reported in 18 S. D. 572, 101 N. W. 717, with the exception that the name of John F. Fisk appears as defendant, instead of R. B. Fisk. For the reasons stated in the opinion in that case, the judgment of the court below is affirmed.

## WHITFORD V. SMITH.

(Opinion filed February 21, 1905.)

Action by Joseph W. Whitford against Seth R. Smith. Appeal from taxation of costs. Affirmed.

*Thomas L. Redlon* and *Martin & Mason,* for appellant.

*Joseph B. Moore,* for respondent.

PER CURIAM. The clerk's taxation of costs is affirmed, for the reasons stated in Nichols v. Smith, 19 S. D. 161 102 N. W. 606.

## NICHOLS V. SMITH.

Where an appeal is by agreement submitted upon the brief in another action, and no argument, oral or printed, is in fact made, no costs can be taxed for argument.

(Opinion filed February 21, 1905.)

On appeal from taxation of costs. Affirmed.

For former opinion see 19 S. D. 159, 101 N. W. 1105.

HANEY, J. The order of the circuit court appealed from in this action was affirmed on the authority of Barron v. Smith,

19 S. D.—11